Deborah P. Gutierrez, Esq., SBN 240383
Prosper Law Group, LLP
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
Telephone: (310) 893-6200 Fax: (310) 988-2930
E-mail: deborah@prosperlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Hagop Berberian and Yolanda Berberian | CASE NUMBER |
|---|---|
| Plaintiff(s), | Case No. LACV11-5592 VBF (MRWx) |
| v. | |
| JPMorgan Chase Bank, N.A., etc., et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: *(Check one)*

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☒ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) Bank of America, National Association as Successor by Merger to Lasalle Bank, N.A. without prejudice
is/are dismissed from *(check one)* ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Pltfs Hagop Berberian and Yolanda Berberian .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

September 16, 2011
Date

*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# PROOF OF SERVICE
## <u>Berberian, et al. v. JPMorgan Chase Bank, N.A., etc., et al.</u>
## <u>USDC – Central District of California Case No. LACV11-5592 VBF (MRWx)</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 6100 Center Drive, Suite 1050, Los Angeles, California 90045. On September 16, 2011, I served the following document(s) by the method indicated below:

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41 (a) OR (c)**

[ X ]   BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California website www.ecf.cacd.uscourts.gov.

[ X ]   by placing the document(s) listed above in a sealed envelope via US mail with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ]   by placing the documents(s) listed above in sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

**(See attached service list)**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 16, 2011, at Los Angeles, California.

/s/ Sarina L. Mirchandani
Sarina L. Mirchandani

PROOF OF SERVICE                                                                                    -1-

## SERVICE LIST

<u>Berberian, et al. v. JPMorgan Chase Bank, N.A., etc., et al.</u>
<u>USDC – Central District of California Case No. LACV11-5592 VBF (MRWx)</u>

<u>Attorneys for Defendants JP Morgan Chase Bank, N.A. F/K/A Washington Mutual Bank, FA, JP Morgan Chase Bank, National Association</u>
Robert Oliver, Esq.
AlvaradoSmith
1 MacArthur Place, Suite 200
Santa Ana, CA 92707
(Via CM/ECF Electronic Delivery Only)

<u>Authorized Agent for Defendant Bank Of America, National Association As Successor By Merger To Lasalle Bank, N.A. As Trustee For WAMU Mortgage Pass-Through Certificates Series 2007-Hy7</u>
C T Corporation System
818 W Seventh St
Los Angeles, CA 90017
(Via U.S. Mail Only)